# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Garwood, William L | 2. Court or Organization<br><br>United States Court of Appeals for the Fifth Circuit | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>903 San Jacinto, Room 300<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (Joint Venturer) | U.S. 183 Venture (See Section VIII continuation) |
| 2. Member | Salvation Army, Austin, Texas, Advisory Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 26.666% General Partnership interest in U.S. 183 Venture | B | Rent | L | U | | | | | |
| 2. | | | | | | | | | |
| 3. Assets held through Bank of America, Austin: | | | | | | | | | |
| 4. Individual Retirement Account: | | | | | | | | | |
| 5. 1) Nations Cash Reserves Trust | A | Dividend | | | Closed to line 7 | 9/30 | J | A | |
| 6. 2) United States Treasury Note 1.65% Due 10/31/05 | B | Interest | | | Matured | 10/31 | M | A | |
| 7. 3) Columbia Cash Reserves Trust Class | A | Dividend | M | T | Opened fr. line 5 | 9/30 | J | | |
| 8. | | | | | | | | | |
| 9. Life insurance policy with Prudential Insurance Company | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Bank of America (Ch) Austin | A | Interest | L | T | | | | | |
| 12. Bank of America (Ch) Austin | A | Interest | L | T | | | | | |
| 13. Bank of America (Ch) Austin | A | Interest | J | T | | | | | |
| 14. Bank of America (Ch) Austin | A | Interest | M | T | | | | | |
| 15. | | | | | | | | | |
| 16. T. Rowe Price Tax-Free Income Fund | C | Dividend | L | T | | | | | |
| 17. T. Rowe Price New Income Fund - IRA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | O =$500,001 - $1,000,000 R =Cost (Real Estate Only) V =Other | P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 S =Assessment W =Estimated | P2 =$5,000,001 - $25,000,000 T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Dreyfus Municipal Bond Fund, Inc. | B | Dividend | K | T | | | | | |
| 20. Dreyfus Intermediate Municipal Bond Fund, Inc. | B | Dividend | K | T | | | | | |
| 21. Dreyfus Municipal Bond Fund, Inc. | B | Dividend | K | T | | | | | |
| 22. Dreyfus Intermediate Municipal Bond Fund, Inc. | B | Dividend | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. Interest-Salt Creek Triangle Syndicate-Buena Park, CA | D | Royalty | J | W | | | | | |
| 25. (Salt Creek Field, Natrona County, WY) | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. Royalty Interest #1, Jackson County, CO | B | Royalty | J | W | | | | | |
| 28. | | | | | | | | | |
| 29. Royalty Interest #2, Natrona County, WY | A | Royalty | J | W | | | | | |
| 30. | | | | | | | | | |
| 31. Royalty Interest #3, Fremont County, WY | B | Royalty | J | W | | | | | |
| 32. | | | | | | | | | |
| 33. Royalty Interest #4, Sweetwater County, WY | D | Royalty | J | W | | | | | |
| 34. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royalty Interest #5, Moffat County, CO | A | Royalty | J | W | | | | | |
| 36. | | | | | | | | | |
| 37. Royalty Interest #6, Moffat County, CO | A | Royalty | J | W | | | | | |
| 38. | | | | | | | | | |
| 39. Royalty Interest #7, Sweetwater County, WY | D | Royalty | J | W | | | | | |
| 40. | | | | | | | | | |
| 41. Royalty Interest #8, Sweetwater County, WY | A | Royalty | K | W | | | | | |
| 42. | | | | | | | | | |
| 43. Royalty Interest #9, Sweetwater County, WY | B | Royalty | J | W | | | | | |
| 44. | | | | | | | | | |
| 45. Royalty Interest #10, Sweetwater County, WY | A | Royalty | J | W | | | | | |
| 46. | | | | | | | | | |
| 47. Mineral Interest #11, Undivided interest in 2.95097% mineral | B | Rent | J | W | | | | | |
| 48. interest in various surveys in Brooks County, TX | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. Royalty Interest #12, Natrona County, WY | A | Royalty | J | W | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mineral Interest #13, One-sixth undivided interest in tract | D | Royalty | J | W | | | | | |
| 53. of land in Pike County, KY | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. Royalty interest #'s 1-10 & 12 are overriding royalties | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. Proceeds from settlement from class action suit against | A | Interest | | | | | | | |
| 58. Questar Gas Company and Wexpro Company. (X) | A | Royalty | | | | | | | |
| 59. See Sec.VIII note | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. Investments held through Merrill Lynch: | | | | | | | | | |
| 62. -Merrill Lynch Ready Assets Trust | F | Dividend | P1 | T | | | | | |
| 63. -Municipal Investment Trust Fund - 10th PUT Series | A | Interest | J | T | Redemption | 7/25 | J | A | Partial Redemption |
| 64. | | | | | Redemption | 9/26 | J | A | Partial Redemption |
| 65. -Merrill Lynch Ready Assets Trust | A | Dividend | J | T | | | | | |
| 66. -Merrill Lynch Ready Assets Trust | E | Dividend | P1 | T | | | | | |
| 67. -Municipal Investment Trust Fund - 10th PUT Series | A | Interest | J | T | Redemption | 7/25 | J | A | Partial Redemption |
| 68. | | | | | Redemption | 9/26 | J | A | Partial Redemption |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Undivided 10/12ths of undivided acreage out of the east half | | None | J | W | Quit claim ½ mineral interest | 4/1 | J | C | Quail Creek Corp. |
| 71. of the J. Devore League, possibly surface only, | | | | | | | | | |
| 72. Liberty County, Texas | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. Investments held through Bank of America (account 1): | | | | | | | | | |
| 75. -Cleburne Tex Wtrwks & Swr Due 2/15/09 | C | Interest | | | Called | 2/15 | M | A | |
| 76. -Columbia Intermediate Municipal Bond Fund Class Z (formerly | E | Int/Div | O | T | | | | | |
| 77. Nations Intermed Muni Inc Fund Trust A Shares) | | | | | | | | | |
| 78. -Federal National Mortgage Assn MTN 6.54% Due 10/3/05 | E | Interest | | | Matured | 10/3 | M | A | |
| 79. -Federal Farm Credit Bank Med Term Note 7.07% Due 6/6/06 | E | Interest | N | T | | | | | |
| 80. -Federal Home Loan Mortgage Corp Note 7.22% Due 6/14/06 | E | Interest | N | T | | | | | |
| 81. -Altera Corp Common | | None | N | T | | | | | |
| 82. -Federal Natl Mtg Assn Common | A | Dividend | | | Sale | 3/4 | M | F | |
| 83. -Motorola Inc. Common | B | Dividend | N | T | | | | | |
| 84. -Federal National Mortgage Assn Med Term Note Due 4/2/07 | D | Interest | M | T | | | | | |
| 85. -Round Rock Tex Comb Tax & Rev Ctfs Oblig Due 3/15/05 | D | Interest | | | Matured | 8/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Emerson Elec Co Common | D | Dividend | N | T | | | | | |
| 87. -Hewlett Packard Co Common | B | Dividend | M | T | | | | | |
| 88. -Johnson & Johnson Common | D | Dividend | N | T | | | | | |
| 89. -Pepsico Inc Common | D | Dividend | O | T | | | | | |
| 90. -Diageo Plc-Spr Adr (UK-USD) Common | E | Dividend | N | T | Buy Shs | 1/25 | K | | |
| 91. -Abbott Labs Common | D | Dividend | N | T | | | | | |
| 92. -Bank of America Corp Common | E | Dividend | N | T | | | | | |
| 93. -Coca Cola Co Common | D | Dividend | M | T | Partial Sale | 1/25 | K | A | |
| 94. -General Mills, Inc. Common | D | Dividend | N | T | | | | | |
| 95. -Texas Tech Univ Revs Ref & Impt 4.0% Due 2/15/05 | C | Interest | | | Matured | 2/15 | M | A | |
| 96. -Texas Tech Univ Revs Ref & Impt 4.125% Due 2/15/06 | C | Interest | M | T | | | | | |
| 97. -Texas St G.O. Rev Bds 4.0% Due 10/1/06 | C | Interest | M | T | | | | | |
| 98. -Texas Tech Univ Revs Ref & Impt 4.25% Due 2/15/07 | D | Interest | M | T | | | | | |
| 99. -Houston Tex GO Pub Impt Ref Bds 5.0% Due 3/1/06 | C | Interest | M | T | | | | | |
| 100. -Katy Tex ISD Ref Bds 5.0% Due 2/15/06 | C | Interest | M | T | | | | | |
| 101. -Texas St Pub Fin Auth Rev Bds 5.1% Due 2/1/06 | D | Interest | M | T | | | | | |
| 102. -Texas St Pub Fin Auth Rev Bds 5.5% Due 2/1/11 | D | Interest | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Applied Materials Inc. Common | B | Dividend | N | T | | | | | |
| 104. -Agilent Technologies Inc. Common | | None | N | T | | | | | |
| 105. -Pfizer Inc. Common | D | Dividend | M | T | | | | | |
| 106. -Nations Tax-Exempt Reserve Trust Class | D | Dividend | | | Closed to line 127 | 9/30 | O | A | |
| 107. -Bank New York Inc. Common | D | Dividend | M | T | | | | | |
| 108. -Qualcomm Inc. Common | D | Dividend | O | T | | | | | |
| 109. -Federal Home Ln Bks Cons Bd Due 1/20/09 | D | Interest | M | T | | | | | |
| 110. -Galveston Cnty Tex CTFS Oblig-OID Due 2/1/11 | D | Interest | M | T | | | | | |
| 111. -Galveston Cnty Tex CTFS Oblig-OID Due 2/1/09 | C | Interest | M | T | | | | | |
| 112. -College Station Tex G.O. Impt Bds-OID Due 2/15/10 | D | Interest | M | T | | | | | |
| 113. -College Station Tex G.O. Impt Bds-OID Due 2/15/11 | D | Interest | N | T | | | | | |
| 114. -Sheldon Tex ISD G.O. Sch Bldg & Ref Bds-OID Due 2/15/11 | D | Interest | M | T | | | | | |
| 115. -Baytown Tex Wtr & Swr Rev 3.0% Due 2/1/09 | C | Interest | M | T | | | | | |
| 116. -Plum Creek Timber Co Inc Common | E | Dividend | O | T | | | | | |
| 117. -Exxon Mobil Corp Common | D | Dividend | O | T | | | | | |
| 118. -ISHARES Inc, MSCI Australia Index Rd. | D | Dividend | N | T | Buy Units | 8/10 | K | | |
| 119. -SLM Corp Mtn Ser | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Laredo Tex ISD Pub FAC Corp Due 8/1/10 | B | Interest | M | T | | | | | |
| 121. -Dominion Res Inc VA New Common | D | Dividend | N | T | Buy Shs | 8/5 | K | | |
| 122. | | | | | Buy Shs | 9/2 | K | | |
| 123. -Freescale Semiconductor Inc CL B Common | | None | | | Sale | 3/8 | K | C | |
| 124. -Hospira Common | | None | | | Sale | 3/8 | M | E | |
| 125. -Ft Worth Tex Wtr & Swr Rev GO Ref Bds-OID 3.0% Due 2/15/10 | B | Interest | L | T | Buy | 1/21 | L | | |
| 126. -McKinney Tex Indpt Sch Dist Ref Bds 3.5% Due 2/15/11 | C | Interest | M | T | Buy | 1/19 | M | | |
| 127. -Columbia Tax-Exempt Reserves Trust Class | C | Dividend | O | T | Opened fr. line 106 | 9/30 | N | | |
| 128. -Merrill Lynch & Co., Inc. Preferred | D | Dividend | M | T | Buy Shs | 3/9 | L | | |
| 129. | | | | | Buy Shs | 3/10 | M | | |
| 130. -Duke Energy Corp Common | C | Dividend | N | T | Buy Shs | 8/18 | M | | |
| 131. | | | | | Buy Shs | 8/31 | K | | |
| 132. | | | | | Buy Shs | 9/2 | L | | |
| 133. | | | | | Buy Shs | 9/14 | K | | |
| 134. -JP Morgan Chase & Co Common | D | Dividend | N | T | Buy Shs | 3/4 | N | | |
| 135. | | | | | Buy Shs | 3/8 | K | | |
| 136. -Morgan Stanley Common | B | Dividend | N | T | Buy Shs | 7/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | U =Book Value | S =Assessment | W =Estimated | |
| | | V =Other | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy Shs | 8/4 | L | | |
| 138. | | | | | Buy Shs | 8/5 | K | | |
| 139. | | | | | Buy Shs | 8/31 | K | | |
| 140. -Bank of America cash account | | | J | T | Opened | 12/30 | J | | |
| 141. | | | | | | | | | |
| 142. Investments held through Bank of America (account 2): | | | | | | | | | |
| 143. -Nations Cash Reserves Trust Class | C | Int/Div | | | Closed to line 161 | 9/30 | M | A | |
| 144. -Federal Farm Cr Bks Cons Bd 5.64% Due 4/4/11 | D | Interest | M | T | | | | | |
| 145. -Greenville Tex ISD GO Sch Bldg & Ref Bds Due 8/15/09 | C | Interest | M | T | | | | | |
| 146. -Brazoria Cnty Tex Mun Util Dis GO Bds 3.8% Due 9/1/09 | C | Interest | M | T | | | | | |
| 147. -Cedar Park Tex G.O. Bds - OID 4.3% Due 2/15/10 | D | Interest | M | T | | | | | |
| 148. -Denison Tex Wtrwks & Swr Rev Ref Bds 4.15% Due 9/1/10 | C | Interest | M | T | | | | | |
| 149. -Denton Tex Util Sys Rev Bds OID 4.25% Due 12/1/10 | D | Interest | M | T | | | | | |
| 150. -Laredo Tex ISD Ref Sch Bldg Bds-OID 4.2% Due 8/1/11 | C | Interest | L | T | | | | | |
| 151. -Texas St Pub Fin Auth Rev Bds-OID 4.375% Due 11/1/11 | C | Interest | M | T | | | | | |
| 152. -Abilene Tex GO Bds-OID 4.4% Due 2/15/12 | D | Interest | M | T | | | | | |
| 153. -Tomball Tex ISD GO Sch Hse & Ref Bds 4.4% Due 2/15/12 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Ennis Tex GO Ref & Impt Bds-OID 4.4% Due 8/1/12 | D | Interest | M | T | | | | | |
| 155. -Galveston Cnty Tex CTFS Oblig-OID 4.6% Due 2/1/13 | D | Interest | M | T | | | | | |
| 156. -Cedar Park Tex Util Sys Rev Bds-OID 4.625% Due 8/15/13 | C | Interest | M | T | | | | | |
| 157. -Allen Tex GO Bds-OID 4.6% Due 9/1/14 | D | Interest | M | T | | | | | |
| 158. -Travis Cnty Tex GO Rd Bds-OID 5.0% Due 3/1/19 | D | Interest | M | T | | | | | |
| 159. -Arlington Tex Wtr & Wastewater Rev 4.0% Due 6/1/15 | D | Interest | M | T | | | | | |
| 160. -Fort Bend Cnty Tex Perm Impt Bds 3.25% Due 9/1/10 | C | Interest | M | T | | | | | |
| 161. -Columbia Cash Reserves Trust Class | B | | M | T | Opened fr. line 143 | 9/30 | M | | |
| 162. | | | | | | | | | |
| 163. Income and Remainder Interests: | | | | | | | | | |
| 164. 1) Undivided fractional vested interest ▬▬▬▬ | | | | | | | | | |
| 165. Trust No. 1 | B | Int/Div | | | Final Trust Distribution | 2/17 | L | A | |
| 166. 1a) JP Morgan Tax Free Money Market Premier Sweep Fund | | | | | Closed | 2/17 | | | Trust Terminated |
| 167. | | | | | | | | | |
| 168. 2) Undivided fractional vested interest ▬▬▬▬ | | | | | | | | | |
| 169. Trust No. 2 | B | Int/Div | | | Final Trust Distribution | 2/17 | M | A | |
| 170. 2a) JP Morgan Tax Free Money Market Premier Sweep Fund | | | | | Closed | 2/17 | | | Trust Terminated |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,000 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Section 1: The U.S. 183 Venture (the "Venture") is a joint venture in which I am one of several joint venturers; the Venture does not and did not engage in active business, and its sole function is and was ownership, related maintenance, leasing (and possible disposition) of a single tract of land (which was acquired in August 1982, is located in Travis County, Texas, and is and was essentially unimproved, except for tenant house, associated outbuildings, fences and the like) held as a passive investment; it had and has a "managing venturer," at all times a person other than myself; my relationship with it is and has been only as a passive investor.

Section VII, Line 29: Respecting all fractional overriding royalty interests (royalty interest #'s 1-10 and #12) in mineral leases as listed on pages 5, 6 and 7 (lines 27-55 of Section VII), ████ owns these interests and acquired them by inheritance many years ago and neither she nor I is or was a party to any of the leases (or assignments) or instruments creating the interests, and her interest is entirely passive; I do not consider that ████ (or I) has or had, by virtue of her ownership of these royalty interests, any financial interest in any entity making the royalty payments or being the mineral lessee or operator of the lease in question.

Section VII, Lines 57 - 59: The class action referred to was filed and settled in Wyoming (Bishop and Madsen vs. Questar Gas Company and Wexpro Company), by class counsel (Carman Law Office, PC, Casper, Wyoming) on behalf of a class of royalty owners. ████ was apparently included in the class by virtue of her ownership of royalty under one or more oil and/or gas leases held by defendant(s). She was notified of the suit but was not named as a party, and she took no action in it. Some undetermined portion of the amount listed as "Royalty" in Col. B may be attributed to claims for failure to properly report to royalty owners. Payment was by Hilltop National Bank (Casper, Wyoming) check payable to ████ mailed to her by class counsel.

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign                                                        Date  5 | 12-/ 0 6

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544